IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROMAN SEBASTIAN MONZON,<br>    Plaintiff, | |
| v. | Civil Action No. 7:21cv00193 |
| D. TAYLOR, et al.,<br>    Defendants | **FINAL JUDGMENT IN A CIVIL CASE**<br><br>By: Pamela Meade Sargent<br>United States Magistrate Judge |

By Orders entered on February 18 and September 13, 2022, (Docket Item Nos. 63, 83), the court entered summary judgment in favor of various defendants and dismissed them from this case. The plaintiff's remaining claims in this matter were tried before a jury on February 14, 2023. At trial, the plaintiff moved to voluntarily dismiss his claim against the defendant W. Carrico with prejudice. The court granted that motion and dismissed W. Carrico from the case. (Docket Item No. 119.) At the conclusion of the trial, the jury rendered its verdict for the only remaining defendant, D. Taylor. Therefore, it is **ORDERED** and **ADJUDGED** that, in accordance with the jury verdict, and the previous order of this court, judgment is granted to the defendants.

The Clerk's Office shall provide a copy of this Judgment In A Civil Case to all counsel of record and unrepresented parties. The Clerk is directed to close the case and strike it from the court's active docket.

**ENTERED**: February 15, 2023.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE